UNITED STATES of America,
Plaintiff-Appellee,

v.

Clarence HAWKINS, Defendant-Appellant.

No. 73-3918
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

April 12, 1974.

---

* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409.

* Rule 18, 5th Cir. See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.

William D. Soffar, Houston, Tex. (Court-appointed), for defendant-appellant.

Frank McCown, U. S. Atty., W. E. Smith, Asst. U. S. Atty., Ft. Worth, Tex., for plaintiff-appellee.

Before GEWIN, GODBOLD, and CLARK, Circuit Judges.

PER CURIAM:

The district court's order denying appellant Hawkins credit on his previously imposed sentence for time he spent on probation under the sentence is affirmed. *See* Baber v. United States, 368 F.2d 463, 465 (5th Cir. 1966); United States v. Guzzi, 275 F.2d 725 (3d Cir. 1960); Kaplan v. Hecht, 24 F.2d 664, 665 (2d Cir. 1928).

Affirmed.